**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL RYAN KLEEN,<br><br>　　　　Defendant. | Case No. 2:22-cr-00233-JAD-DJA<br><br>**ORDER**<br><br>ECF No. 16 |

　　Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Thursday, December 8, 2022 at 2:00 p.m., be vacated and continued to January 18, 2023, at 2:00 p.m.

　　DATED this 7th day of December, 2022.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE