UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL RYAN KLEEN,<br><br>  Defendant. | Case No. 2:22-cr-00233-JAD-DJA<br><br>**ORDER**<br><br>ECF No. 18 |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Wednesday, January 18, 2023 at 2:00 p.m., be vacated and continued to March 21, 2023, at 11:00 a.m.

DATED this 11th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE