# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL RYAN KLEEN, <br><br> Defendant. | Case No. 2:22-cr-00233-JAD-DJA <br><br> **ORDER** <br><br><br> ECF No. 20 |

Based on the parties' stipulation, IT IS ORDERED that the revocation hearing currently scheduled for Tuesday, March 21, 2023 at 11:00 a.m., be vacated and continued to May 4, 2023, at 2:00 p.m.

DATED this 20th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE