# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00233-JAD-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| MICHAEL RYAN KLEEN, | **ECF No. 22** |
| Defendant. | |

Based on the parties' stipulation, IT IS ORDERED that the revocation hearing currently scheduled for Thursday, May 4, 2023 at 2:00 p.m., be vacated and continued to May 22, 2023, at 10:00 a.m.

DATED this 2nd day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE